THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* RUDOLPH MCLEARY, Defendant-Appellant.

(No. 55868;

First District—December 17, 1971.

Opinion by Mr. JUSTICE LORENZ.

Daniel F. Fusco, of Chicago, for appellants.

William J. Scott, Attorney General, (James B. Zagel, Assistant Attorney General, of counsel,) and Edward V. Hanrahan, State's Attorney, (Robert A. Novelle and Michael J. Goldstein, Assistant State's Attorneys, of counsel,) all of Chicago, for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appelle, *v.* HENRY THOMPSON *et al.*, Defendants-Appellants.

(No. 54578;

First District—January 3, 1972.